IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MORROW, ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 13-1032 |
| COUNTY OF MONTGOMERY, PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 31st day of January, 2014, upon consideration of Defendant's "Motion of the Defendant County of Montgomery, Pennsylvania to Dismiss Count II of Plaintiffs' Amended Complaint" (Doc. No. 19), Plaintiffs' "Motion for Conditional Certification of the FLSA Collective" (Doc. No. 20), and the parties' responses, it is hereby **ORDERED** that:

- Defendant's motion to dismiss is **GRANTED**.

- Plaintiffs' motion for conditional certification is **GRANTED**.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
**C. Darnell Jones, II, J. for
Mitchell S. Goldberg, J.**