IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| THOMAS MORROW & VALERIE MORROW, *et al.* : | |
| : | 2:13-cv-01032-MSG |
| Plaintiffs, : | |
| : | |
| COUNTY OF MONTGOMERY : | |
| : | |
| Defendant. : | |

---

**PLAINTIFFS' MOTION FOR AN ORDER
AWARDING ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES**

The Named Plaintiffs, Thomas and Valerie Morrow ("Named Plaintiffs"), individually and on behalf of all Present and Former Employees of Montgomery County Correctional Facility who worked as a Correctional Officer during any time after February 1, 2011 (collectively, "Plaintiffs"), by and through their undersigned counsel of record ("Plaintiffs' Counsel"), hereby move before this Honorable Court for an Order:

1. Awarding attorneys' fees in the amount of $125,000.00; and

2. Reimbursing Plaintiffs' Counsel for litigation expenses totaling $13,059.00.

Plaintiffs' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference, as well as Plaintiffs' Motion for an Order Approving the Settlement Agreement and Granting Enhancement Payments and accompanying Memorandum of Law which has also been filed with the Court.

**MURPHY LAW GROUP, LLC**

By: __/s/ Michael Murphy_____

Michael Murphy, Esquire
One Penn Center, Suite 1230
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 215-375-0961 or 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
*Attorney for Plaintiffs*

**WINEBRAKE & SANTILLO, LLC**
Peter Winebrake, Esquire
R. Andrew Santillo, Esquire
Mark Gottesfeld, Esquire
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
TEL: 215-884-2491
FAX: 215-884-2492
pwinebrake@winebrakelaw.com
*Attorneys for Plaintiffs*

Dated: November 18, 2014

## **CERTIFICATE OF SERVICE**

I, Michael Murphy, Esquire, hereby certify that on November 18, 2014, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

>Philip W. Newcomer, Esq.
>Nicole R. Forzato, Esq.
>Sharon W. Glogowski, Esq.
>Montgomery County Solicitor's Office
>One Montgomery Plaza, Suite 800
>P.O. Box 311
>Norristown, PA 19404-0311
>(610) 278-3033


>\_\_/s Michael Murphy_____
>Michael Murphy

Dated: November 18, 2014